UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALICIA PAGAN

                Plaintiff(s),

*MEDIATION CERTIFICATION*

17 - cv - 6073

v.

THE CITY OF ROCHESTER, ET AL.

                Defendant(s).

---

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __02/22/2018__.

    ☐ *Case has settled.* (Comment if necessary).

    ☑ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 02/22/2018        *Mediator:* /S/ Joseph B. Rizzo

*Additional Comments:*
Mediation to continue on date to be determined.