UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALICIA PAGAN,

                        Plaintiff,

v.

THE CITY OF ROCHESTER,
ROCHESTER POLICE DEPARTMENT OFFICER
THOMAS LISLE, ROCHESTER POLICE DEPARTMENT
SERGEANT MATTHEW WEBSTER,

                        Defendants.

---

**STIPULATION OF DISMISSAL**

17-cv-6073 (CJS)(JWF)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties herein, that whereas no party is an infant or an incompetent for whom a committee or a conservatee has been appointed, and no person not a party has an interest in the subject matter of this proceeding, this action is hereby dismissed with prejudice.

BY: _____
WESLEY CLARK & BATES, LLP
Kevin R. Clark, Esq.
*Attorneys for Plaintiff*
45 Exchange Boulevard, Suite 900
Rochester, New York 14614

BY: _____
TIMOTHY R. CURTIN
Corporation Counsel
Patrick Beath, Of Counsel
New York, New York 10016
*Attorneys for Defendants*
30 Church Street, Room 400A
Rochester, New York 14614

**SO ORDERED:**

Dated: JUNE 22, 2018
Rochester, New York

_____
HON. CHARLES J. SIRAGUSA
U.S. DISTRICT JUDGE